**RECEIVED**

JUL 28 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:21-CR-00294 |
| | * | |
| VERSUS | * | CHIEF JUDGE HICKS |
| | * | |
| SAMUEL C. MARTIN      (01) | * | |
| aka kakoclip | * | MAGISTRATE JUDGE HORNSBY |

**FACTUAL BASIS FOR PLEA OF GUILTY**

**NATURE OF THE ENTERPRISE**

Beginning in January of 2008, an unnamed co-conspirator created an Internet-based bulletin board, which will throughout this factual basis be referred to as Dream Board. The purpose of Dream Board was to facilitate the distribution of child pornography between its members.

In order to distribute child pornography on Dream Board, members would post advertisements on the board. The advertisements would typically give a description of the child pornography that was being offered for distribution. They would also typically give sample images from the material being offered so that a member viewing the posting could determine if he wished to obtain the complete child pornography files. Along with the name and the images that were in the posting, there would be a link and a password. The link was to another web site whose sole purpose was to store encrypted files. If a member of the board wanted to obtain the child pornography being advertised in the posting on Dream Board, he could go to the web site link and enter the

password given in the advertisement. He then would be given access to the advertised child pornography for downloading.

In order to become a member of Dream Board, the applicant had to create a screen name and password. He next had to submit an advertisement to distribute child pornography, as described above, to the creator/administrator containing a certain amount of child pornography. The advertisement was required to contain preview images. This was referred to as the person's application or audition to become a member. The creator/administrator would decide whether to give the person membership to the board. He would also determine what level of membership the person would be given. After a person became a member, he was required to post advertisements for child pornography on a regular basis. If a member failed to post child pornography advertisements on a regular basis, their membership would be cancelled. The person would then have to reapply for membership as he had done initially.

Dream Board contained five distinct levels of membership, with each level of membership providing access to different sections of the board. The highest level of membership was the administrator level. Administrators were responsible for determining who would be allowed to become a member of Dream Board and for determining which level of membership the person would be given. Other administrators of Dream Board were responsible for protecting the security of both the members and the bulletin board and keeping the board operating. Administrators had access to all of the child pornography being advertised on Dream Board.

9

The second highest level of membership was the "Super VIP." level. The period after "Super VIP" was part of the name of the level. That level of membership included those members of the board who were producing child pornography and posting homemade child pornography to the bulletin board. Only other members of the "Super VIP." level and Administrators had access to the child pornography that was advertised in the "Super VIP." section of Dream Board. "Super VIP." members had access to all of the child pornography on Dream Board. The defendant was a "Super VIP." member of Dream Board.

The last three levels of membership were "Super VIP," "VIP," and "Members." An administrator determined which of these levels of membership an applicant would be placed. He would also move existing members from one level to another based upon the quantity and quality of their posts. Each of these levels could see the posts on their membership level and on any lower level of Dream Board. Every member of Dream Board posted multiple advertisements during the time they were members. As a result of the multiple postings made by each member, each member was responsible for posting images of three or more minors engaging in sexually explicit conduct.

**VENUE**

EDWARD OEDEWALDT, a/k/a twelvish, Legend, was a member of Dream Board. During the time that he accessed and posted material to Dream Board, he was located in Arcadia, Louisiana, which is within the Western District of Louisiana. As such, he was a member of the enterprise, and during the life of the enterprise, he

10

engaged in activities in support of the enterprise while located in the Western District of Louisiana.

## DEFENDANT'S ROLE IN THE ENTERPRISE

The defendant, SAMUEL C. MARTIN, a/k/a kakoclip, joined Dream Board on March 16, 2009. While a member of Dream Board the defendant, SAMUEL C. MARTIN, a/k/a kakoclip, made 368 posts to the board. His level of membership on Dream Board was Super VIP.

On or about the 8th day of May 2009, SAMUEL C. MARTIN a.k.a. kakoclip did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *thai lez.rar*, which contained child pornography.

On or about the 12th day of June 2009, SAMUEL C. MARTIN a.k.a. kakoclip did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *Aniha 10.AVI*, which contained child pornography depicting another minor victim.

On or about the 18th day of June 2009, SAMUEL C. MARTIN a.k.a. kakoclip did knowingly publish on the Dreamboard Internet Bulletin Board an advertisement offering to distribute the file entitled *Vicky 10Yo Analfuck2.mgp*, which contained child pornography depicting a third minor victim.

## DEFENDANT'S PRODUCTION OF CHILD PORNOGRAPHY

On May 22, 2010 SAMUEL C. MARTIN, a/k/a kakoclip posted 6 videos and 12 images of self-produced images to Dream Board. The images were of an identified prepubescent minor female. She was asleep at the time that the images were posted.

11

Several of the images show the minor females legs spread with her vagina visible. SAMUEL C. MARTIN, a/k/a kakoclip's was visible in the child pornography that he produced. The images were produced in the District of Oregon where he was living at the time. They were produced on an unknown date reasonably near to May 22, 2010, when the minor victim was approximately eight years old.

Based on the above conduct, SAMUEL C. MARTIN a/k/a kakoclip was arrested in the Northern District of Georgia in approximately October 2021.

By signing this document, the defendant, SAMUEL C. MARTIN, a/k/a kakoclip, is agreeing that he believes that the government can prove all the facts supporting the guilty plea. This agreement by the defendant is made freely and voluntarily and not as a result of threat or coercion.

_____
SAMUEL C. MARTIN, a/k/a kakoclip
Defendant

_____
VERITY GENTRY
Louisiana Bar No. 33148
690 San Antonio Ave., Suite B
Many, Louisiana 71449
verity@vgblaw.com
Telephone: 318-701-8127

BRANDON B. BROWN
United States Attorney

By: _____
JOHN LUKE WALKER, (ID # 18077)
Assistant United States Attorney 800
Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
Telephone: (337) 262-6618

12