# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 21-cr-294-01-01 |
| VERSUS | CHIEF JUDGE HICKS |
| SAMUEL C MARTIN (01) | MAGISTRATE JUDGE HORNSBY |

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Defendant's guilty plea is **ACCEPTED**, and the court hereby adjudges Defendant guilty of the offenses charged in Count 1 of the Indictment and Count 1 of the Bill of Information.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of August, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT